UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


TINA MARIE CLARKE,

       Petitioner,

v.                                  CASE NO. 05-CV-60151-AA
                                     HONORABLE JOHN CORBETT O'MEARA

CLARICE STOVALL,

       Respondent.
_____/

## ORDER GRANTING AN EXTENSION OF TIME

On June 29, 2005, petitioner Tina Marie Clarke filed a *pro se* application for the writ of habeas corpus in this Court. After the respondent filed an answer to the habeas petition, Petitioner moved to stay her case while she pursued additional state remedies. On September 1, 2006, the Court granted Plaintiff's motion for a stay and directed her to file a post-conviction motion in the trial court within sixty days of the Court's order.

Currently pending before the Court is Petitioner's correspondence in which she explains the difficulty she has had in meeting her deadline in state court. The Court construes Petitioner's letter as a motion for extension of time to file her post-conviction motion in state court. Petitioner's motion [Doc. #36, Nov. 2, 2006] is GRANTED. She shall have an additional thirty days, or a total of ninety (90) days from September 1, 2006, in which to file her post-conviction motion in state court. She shall also have **ninety (90) days** in which to file an amended habeas petition following exhaustion of her state remedies.

Dated: November 08, 2006                   s/John Corbett O'Meara
                                                  United States District Judge

Certificate of Service

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, November 8, 2006, by electronic and/or ordinary mail.

s/William Barkholz
Case Manager